# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **CV 25-2819-JPR**                                      Date: **June 24, 2025**
Title: **Bernard Taruc v. Lion Hospitality Grp. et al.**

================================================================

**DOCKET ENTRY: Order to Plaintiff to Show Cause for Failure to Prosecute**

================================================================

PRESENT:

        **HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANTS:
    None present                                                                          None present

**PROCEEDINGS: (IN CHAMBERS)**

    On May 20, 2025, the Clerk entered default against Defendant Lion Hospitality Group, after Plaintiff apparently served the Complaint on it on April 16 and Defendant did not appear. Similarly, Plaintiff filed a proof of service for Defendant Sahag Tateosian indicating that the Complaint was served on April 17, but that Defendant has not appeared and Plaintiff has taken no action concerning the Defendant. And Plaintiff has not moved for entry of default judgment against Defendant Lion Hospitality.

    No later than 30 days from the date of this Order, Plaintiff must take action to resolve this case against each Defendant or this lawsuit may be dismissed for failure to prosecute.